

**Entered on Docket**
**January 06, 2009**

_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re:<br>TOWER HOMES, LLC,<br>          Debtor.<br><br>BUILDING CONSENSUS, INC.,<br>          Plaintiff,<br>v.<br>TOWER HOMES, LLC, et al.,<br>          Defendant. | BK-S-07-13208-BAM<br><br>Chapter 11<br><br>Adv. P. No. 07-1150-BAM<br><br><br><br>Date:      Jan 6, 2009<br>Time:     9:30 a.m.<br>Courtroom: 3 |

**OPINION ON ORDER TO SHOW CAUSE**

The court entered an order to show cause why the trial set for ten days in February of 2009 should not be vacated and this proceeding stayed until the sale period provided in the "Trustee's Disclosure Statement and Plan of Reorganization" (dkt. #291) ("Plan") has passed, or, in the alternative, why this proceeding should not be remanded to state court for lack of jurisdiction. The hearing on this order to show cause was held on January 6, 2009, at 9:30 a.m., in the Foley Federal Building, 300 Las Vegas Blvd. South, Las Vegas, Nevada, in Courtroom #3 before Judge Bruce A. Markell.

The court stated its findings on the record. In accordance with FED. R. BANKR. P. 7016, the court makes the following orders:

1. All trial dates currently set in this proceeding are hereby vacated;

2. On or before June 30, 2009, William A. Leonard, Jr., the trustee, shall file a report on the status of sale or refinancing that is contemplated by the Plan;

3. If the trustee's status report indicates that the sale or refinancing has generated enough money to pay some, but not all, of the creditors denominated as Class 5 by the Plan, then an initial status conference shall be held in this proceeding on July 14, 2009, at 10:30 a.m., in the Foley Federal Building, 300 Las Vegas Blvd. South, Las Vegas, Nevada, in Courtroom #3 before Judge Bruce A. Markell; and

4. If the trustee's status report indicates either: (1) that the sale or refinancing did not generate enough funds to pay any Class 5 creditors, or (2) that the sale or refinancing generated enough money to pay all Class 5 creditors, then this proceeding shall be dismissed as of July 1, 2009, and the trustee shall file an order confirming the dismissal.

IT IS SO ORDERED.

Copies mailed as per list attached as Exhibit A

###

# Exhibit A

Douglas D. Gerrard, Esq.
**GERRARD COX LARSEN**
2450 St. Rose Parkway, Suite 200
Henderson, Nevada 89074
*Attorneys for Defendants OneCap Mortgage and OneCap Holding Corporation*

Frank M. Flansburg, III, Esq.
Donna M. Osborn, Esq.
**MARQUIS & AURBACH**
10001 Park Run Drive
Las Vegas, NV 89145
*Attorneys for Hughes Water & Sewer, Ltd. d/b/a Standard Wholesale, a Supply Co., Ferguson Enterprises .*

Richard F. Scotti, Esq.
**HARRISON, KEMP, JONES & COULTHARD, LLP**
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169 .
*Attorneysfor HBParkco Construction, Inc.*

G. Mark Albright, Esq.
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 S. Rancho Drive, Suite D-4
Las Vegas, NV 89106
*Attorneys for Nevada Ready Mix Corp.*

Becky A. Pintar, Esq.
**GIBBS, GIDEN, LOCHER & TURNER**
3993 Howard Hughes Parkway, Suite 530
Las Vegas, NV 89169
*Attorneysfor Building Consensus, Inc., John P. Devereaux and William J. Rigdon*

Jeffrey R. Sylvester, Esq.
**SYLVESTER & POLEDNAK, LTD.**
7371 Prairie Falcon, #120
Las Vegas, NV 89128
*Attorneysfor One Cap Holding Corporation*

Phillip Dabney, Esq.
**HOLLAND & HART, LLP**
3763 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169
*Attorneys for Geotek, Inc.*

Mark S. Sertic, Esq.
**STORY & SERTIC**
777 Sinclair Street, Suite 201
Reno, NV 89501
*Attorneysfor Ledcor Construction, Inc.*

Christopher M. Hunter, Esq.
**WANDERER LAW P.C.**
302 E. Carson, Suite 420
Las Vegas, NV 89101
*Attorneysfor Water Movers, Inc.*

Matthew Hippler, Esq.
**HALE, LANE, PEEK, DENNISON & HOWARD**
3930 Howard Hughes Parkway, 4th Floor
Las Vegas, NV 89169
*Attorneys for Cashman Equipment*

Donald H. Williams, Esq.
**WILLIAMS & WEISE LAW OFFICES**
501 S. Rancho Drive, Suite D-22
Las Vegas, NV 89106
*Attorneys for The Plumber, Inc.*

**SQUIRES LUMBER COMPANY, INC.**
370 N. 9th Street
Colton, CA 92324
Lien-Claimant/Intervener
*Appearing Pro Se*

Laurel E. Davis, Esq.
**FENNEMORE CRAIG, P.C.**
300 South Fourth Street, Suite 1400
Las Vegas, NV 89101
*Attorneys for Atlas Mechanical, Inc., Helix Electric ofNevada, Harley Ellis Devereaux, Building Consensus, Inc., LedCor Construction, Inc., WPHArchitecture, Inc.*

Kevin E. Helm, Esq.
**HELM & ASSOCIATES**
2810 W. Charleston Blvd., Suite 067
Las Vegas, NV 89102
*Attorneysfor Sahara Concrete*

Christine E. Drage, Esq.
**WElL & DRAGE**
2500 W. Sahara Avenue, Suite 106
Las Vegas, NV 89102
*Attorneys for Regional Steel Corp.*

Richard McKnight, Esq.
**LAW OFFICES OF RICHARD MCKNIGHT, P.e.**
330 S. Third Street, Suite 900
Las Vegas, NV 89101
*Attorneysfor Las Vegas Civil Engineering, Inc., Las Vegas Building and Development, and Joseph R. DeBlanco*

William H. Heaton, Esq.
**NITZ, WALTON & HEATON, LTD.**
301 S. 10th Street, Suite 201
Las Vegas, NV 89101
*Attorneysfor Tower Homes, LLC*

Richard 1. Peel, Esq.
**PEEL BRIMLEY, LLP**
3333 E. Serene Avenue, Suite 200
Henderson, NV 89074-6574
*Attorneysfor Helix Electric ofNevada, LLC d/b/a Helix Electric, Desert Fire Protection, LP, Atlas Mechanical and WPH Architecture, Inc.*

William L. MeGimsey, Esq.
516 S. Sixth Street, Suite 300
Las Vegas, NY 89101
*Attorneys Tower Homes, LLC dba Spanish View Tower Homes*

U.S. Trustee - LV 11
300 Las Vegas Boulevard So.
Suite 4300
Las Vegas, NY 89101

Tower Homes, LLC
8337 West Sunset Road
Las Vegas, NV 89113

Olson Precast
2750 Marion Drive
Las Vegas, NV 89115

GRG Inc.
c/o Robert C. Bissell, Esq.
1349 International Pkwy S.
Suite 2421
Lake Mary, FL 32746

Ahern Rentals, Inc.
c/o Dixon, Truman & Fisher
2820 W. Charleston Blvd., #23
Las Vegas, NY 89102

James M. Barker, Esq.
**BARKER WASHBURN**
3110 S. Rainbow Blvd., Suite 105
Las Vegas, NY 89146
*Attorneys for Las Vegas Paving Corp.*

Bob L. Olson, Esq.
LEWIS & ROCA, LLP
530 Las Vegas Boulevard South
Las Vegas, NY 89101
*Attorneys for Andrea Harris and Edward &
Sandra Clark*

Keith E. Gregory
Gregory & Associates
2300 S. Sahara Ave., #680, Box 23
Las Vegas, NY 89102

Southern Nevada Storm Drain, Inc..
c/o Christopher R. McCullough, Esq.
601 S. Rancho Drive, #A-I0
Las Vegas, NY 89106

Southern Nevada Storm Drain, Inc.
c/o J. Herman
P.O. Box 750067
Las Vegas, NY 89136

Stantec Consultants, Inc.
c/o Christy J. Leonard
Corporate Counsel
209 S. Meldrum Street
Fort Collins, CO 80521

All Trench Shoring Servicing Traffic
Control Service, Inc.
P.O. Box 4180
Fullerton, CA 92834-4180

Jade Summit, LLC
19147 S. Highland Avenue
Las Vegas, NV 89102